THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN DURLEY, Defendant-Appellant.

(No. 54295;

First District—May 10, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE GOLDBERG.

Gerald W. Getty, Public Defender, of Chicago, (Alan Osheff, James N. Gramenos, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and George Pappas, Assistant State's Attorneys, of counsel,) for the People.